Official Form 4
10/05

# United States Bankruptcy Court
## District of Maryland

In re  **Cybele General Partnership** _____ , Case No. _____

Debtor

Chapter  **11** _____

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gary A. Rosen, Ch. 7 Trustee, for Thanh Hoang, General Partner of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/1/2005** _____

Signature:  **s/ Gary A. Rosen, Ch. 7 Trustee** _____

**Gary A. Rosen, Ch. 7 Trustee ,for Thanh Hoang, General Partner**
(Print Name and Title)