IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CYBELE GENERAL PARTNERSHIP | : | Case No.  05-90432-PM |
| | : | (Chapter 11) |
| Debtor | : | |

MOTION TO REASSIGN CASE

Cybele General Partnership, by undersigned counsel, submits this Motion to Reassign Case, and as reasons therefor states as follows:

1.      On or about December 1, 2005, Gary A.  Rosen, Trustee for Thanh Hoang, the General Partner of Cybele General Partnership, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101 et.seq.

2.      The voluntary petition stated that Cybele General Partnership is a related case to Thanh Hoang, Case No.  05-25738-NVA, filed in the United States Bankruptcy Court for the District of Maryland.  Thanh Hoang's case is being jointly administered with the case of Minh Vu Hoang, under Case No.  05-21078.  Judge Nancy Alquist is presiding over those cases.

3.      The Chapter 7 estate of Thanh Hoang is the sole owner of the assets of Cybele General Partnership, inasmuch as Thanh Hoang is the only general partner.

4.      Judge Alquist is familiar with the cases of Thanh Hoang and Minh Vu Hoang, his wife.

5.      It would be in the interest of judicial economy to reassign the case to Judge Alquist.

WHEREFORE, it is requested that this Court reassign the case of Cybele General Partnership to Judge Alquist, and grant such other and further relief as is just and proper.

GARY A. ROSEN, CHARTERED

By /s/    Gary A. Rosen
    One Church Street
    Suite 802
    Rockville, MD 20850
    (301) 251-0202

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Reassign Case was mailed, postage pre-paid, this 13th day of December, 2005, to: U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770.

/s/  Gary A. Rosen
Gary A. Rosen