IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| CYBELE GENERAL PARTNERSHIP | | Bankruptcy No. 05-90432-TJC |
| Debtor | * | (Chapter 11) |

\* \* \*

**LINE SUBSTITUTING APPEARANCES OF COUNSEL**

TO THE HONORABLE THOMAS J. CATLIOTA, UNITED STATES BANKRUPTCY JUDGE:

COME NOW, the undersigned counsel and hereby note the withdrawal of Ronald L. Schwartz as counsel for Pacific Rim General Partnership and the substitution in his place and stead of Roger Schlossberg, Esquire.

Respectfully submitted,

*/s/ Ronald L. Schwartz*
Ronald L. Schwartz
4907 Niagara Road, #103
College Park, MD 20740
(301) 474-2300

SCHLOSSBERG & ASSOCIATES

By: */s/ Roger Schlossberg*
Roger Schlossberg
134 West Washington Street
P.O. Box 4227
Hagerstown, MD 21741-4227
Telephone: (301) 739-8610