IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                                                 *
 CYBELE GENERAL PARTNERSHIP              Bankruptcy No. 05-90432-TJC
      Debtor                                     *         (Chapter 11)

                                          *     *     *

### WITHDRAWAL BY PACIFIC RIM GENERAL PARTNERSHIP
### OF MOTION TO DISMISS CASE

TO THE HONORABLE, THOMAS J. CATLIOTA, UNITED STATES BANKRUPTCY JUDGE:

        COMES NOW, Pacific Rim General Partnership, by and through its undersigned counsel, and hereby withdraws its *Motion to Dismiss Case* heretofore filed in these proceedings.

                                                                    Respectfully submitted,

                                                                    SCHLOSSBERG & ASSOCIATES

                                                                    By:   */s/ Roger Schlossberg*
                                                                          Roger Schlossberg
                                                                          134 West Washington Street
                                                                          P.O. Box 4227
                                                                          Hagerstown, MD 21741-4227
                                                                          Telephone: (301) 739-8610

### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 16th day of February, 2007, that a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court.

                                                                     */s/ Roger Schlossberg*
                                                                    Roger Schlossberg